SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT N. JOHNSON<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>Keshavarz et al,<br><br>　　　　Defendants | Case No. 2:09-cv-00576-MCE-GGH<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL JUNE 14, 2009 FOR DEFENDANT SHAHRAM KESHAVARZ TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Shahram Keshavarz by and through, Scott N. Johnson; Shahram Keshavarz (PRO SE), stipulate as follows:

1. No extension of time has been previously obtained.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

PDF created with pdfFactory trial version www.pdffactory.com

2. Defendant Shahram Keshavarz is granted an extension until June 14, 2009 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Shahram Keshavarz response will be due no later than June 14, 2009.

IT IS SO STIPULATED effective as of April 22, 2009

Dated: April 28, 2009        /s/Shahram Keshavarz
                             Shahram Keshavarz
                             PRO SE


Dated: April 22, 2009        /s/Scott N. Johnson
                             Scott N. Johnson,
                             Attorney for Plaintiff

**IT IS SO ORDERED:** that Shahram Keshavarz shall have until June 14, 2009 to respond to complaint.

DATED: May 1, 2009

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2

PDF created with pdfFactory trial version www.pdffactory.com